1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  VICTOR M. CHAVEZ, Bar #113752
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561

5
   Attorney for Defendant
6  JESUS ANDRES FIMBRES-MEDINA

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   No. 1:10-cr-0236 OWW
                                    )
12            *Plaintiff,*          )   STIPULATION **ADVANCING** STATUS
                                    )   CONFERENCE FOR A CHANGE OF PLEA;
13       v.                         )   ORDER THEREON
                                    )
14 JESUS ANDRES FIMBRES-MEDINA,     )   Date:  July 19, 2010
                                    )   Time:  9:00 a.m.
15            *Defendant.*          )   Judge: Hon. Oliver W. Wanger
                                    )

16

17       **IT IS HEREBY STIPULATED** by and between the parties through their respective counsel,

18 Assistant United States Attorney Ian Garriques, Counsel for Plaintiff, and Assistant Federal Defender

19 Victor M. Chavez, Counsel for Defendant Jesus Andres Fimbres-Medina, that the status conference

20 currently set for August 2, 2010 at 9:00 a.m. **may be advanced to July 19, 2010, at 9:00 a.m.**

21       This stipulation is entered into at the defendant's request because the case has been resolved and

22 the probation report is ready.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1     The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2 justice, including but not limited to, the need for the period of time set forth herein for effective defense
3 preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii), (iv).

                                             BENJAMIN B. WAGNER
                                             United States Attorney

DATED: July 7, 2010                     By: /s/ *Ian Garriques*
                                                 IAN GARRIQUES
                                                 Assistant United States Attorney
                                                 Counsel for Plaintiff

                                             DANIEL J. BRODERICK
                                             Federal Defender

DATED: July 7, 2010                     By: /s/ *Victor M. Chavez*
                                                 VICTOR M. CHAVEZ
                                                 Assistant Federal Defender
                                                 Attorney for Defendant
                                                 Jesus Andres Fimbres-Medina

IT IS SO ORDERED.

**Dated:   July 7, 2010**                      **/s/ Oliver W. Wanger**
                                                 UNITED STATES DISTRICT JUDGE